# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO



---

UNITED STATES OF AMERICA,

V.



TINO T. NAPOLEON

## CR 08    0093

SI

DEFENDANT.

---

# INDICTMENT

Title 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm (Class C Felony)

---

A true bill.

_INDICT_
_____
Foreman

_____
Filed in open court this _21_ day of _February_
_2008_

**Brenda Tolbert**

_____
Clerk

MARIA-ELENA JAMES

Bail, $ _____

---

**NO BAIL ARREST WARRANT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C., Section 922(g)(1) - Felon in Possession of a Firearm (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Term of Imprisonment of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ TINO T. NAPOLEON

DISTRICT COURT NUMBER
CR 08 0093 SI

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☒ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

☐ **ORIGINAL**

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08 0093 SI |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm |
| TINO T. NAPOLEON, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

On or about November 13, 2007, in the Northern District of California, the defendant,

TINO T. NAPOLEON,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Mossberg, .410 caliber shotgun,

//

//

//

INDICTMENT

1  serial number P612064, in and affecting interstate commerce, in violation of Title 18, United
2  States Code, Section 922 (g)(1).

4  DATED:                                              A TRUE BILL.
       2-21-08

                                                      _____
                                                      FOREPERSON

7  JOSEPH P. RUSSONIELLO
   United States Attorney

10 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

13 (Approved as to form: _____)
                          AUSA OWENS

INDICTMENT                              2