**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 3/28/08

Case No.   CR–08-0093 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- TINO NAPOLEON (NC)(P)

Attorneys:   D. Owen            S. Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: M. Gurule

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                        PART

Case continued to **4/18/08  @ 11:00 a.m.**   for Further Status/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Cont. of Counsel/Effective Preparation
**Delay begins:          Delay ends: 4/18/08**
(       AUSA to draft order         )

ORDERED AFTER HEARING:

Defense needs additional time to review discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )