1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
4 | DEREK R. OWENS (CABN 230237)
Assistant United States Attorney
5
6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone: (415) 436-6488
7 | Fax: (415) 436-7234
Email: Derek.Owens@usdoj.gov
8
Attorneys for Plaintiff
9
10 | UNITED STATES DISTRICT COURT
11 | NORTHERN DISTRICT OF CALIFORNIA
12 | SAN FRANCISCO DIVISION
13
14 | UNITED STATES OF AMERICA,            )    No. CR 08-0093 SI
                                         )
15 |        Plaintiff,                   )
                                         )    STIPULATION AND [PROPOSED]
16 |    v.                               )    ORDER EXCLUDING TIME FROM
                                         )    MARCH 28, 2008 THROUGH APRIL 18,
17 | TINO T. NAPOLEON,                   )    2008
                                         )
18 |        Defendant.                   )
                                         )
19
20
21 |    On March 28, 2008, the parties in this case appeared before the Court for a status conference.
22 | At that time, the parties stipulated that time should be excluded from the Speedy Trial Act
23 | calculations from March 28, 2008 through April 18, 2008, for effective preparation and
24 | continuity of defense counsel.  The parties represented that granting the continuance was the
25 | reasonable time necessary for effective preparation of defense counsel, taking into account the
26 | exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the
27 | //
28 | //

STIP. AND ORDER
CR 08-0093 SI

1  ends of justice served by granting such a continuance outweighed the best interests of the public
2  and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

5                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

7  DATED: 4/1/2008                                      /s/ Derek Owens
                                                        _____
8                                                       DEREK R. OWENS
                                                        Assistant United States Attorney

10 DATED: 4/1/2008                                      /s/ Steve Kalar
                                                        _____
11                                                      STEVEN KALAR
                                                        Attorney for Mr. Napoleon

13     As the Court found on March 28, 2008, and for the reasons stated above, the Court finds that
14 an exclusion of time between March 28, 2008 through April 18, 2008, is warranted and that the
15 ends of justice served by the continuance outweigh the best interests of the public and the
16 defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested
17 continuance would deny defense counsel the reasonable time necessary for effective preparation,
18 taking into account the exercise of due diligence, and would result in a miscarriage of justice.
19 See 18 U.S.C. §3161(h)(8)(B)(iv).

21 SO ORDERED.

23 DATED:_____                                 /s/ Susan Illston
                                                        _____
24                                                      THE HONORABLE SUSAN ILLSTON
                                                        United States District Court Judge

STIP. AND ORDER
CR 08-0093 SI                           2