**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: <u>4/18/08</u>

Case No.  <u>  CR–08-0093 SI  </u>          Judge:  <u>SUSAN ILLSTON</u>

Title:  <u>UNITED STATES</u> -v- <u>TINO NAPOLEON (NC)(P)</u>

Attorneys:  <u>D. Owen</u>               <u>S. Kalar</u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>D. Pas</u>

**PROCEEDINGS**

1) <u>Trial Setting - HELD</u>
2) _____
3) _____
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                              PART

Case continued to **5/16/08 @ 11:00 a.m.**  for Further Status/Trial Setting

Case continued to **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to <u> @ </u> for Pretrial Conference

Case continued to **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: <u> Cont. of Counsel/Effective Preparation  </u>
**Delay begins:          Delay ends: 5/16/08**
(        AUSA to draft order          )

ORDERED AFTER HEARING:

Defense counsel need additional time to review discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )