1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone: (415) 436-6488
7  Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,           )   No. CR 08-0093 SI
                                       )
15         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
16     v.                              )   ORDER EXCLUDING TIME FROM
                                       )   APRIL 18, 2008 THROUGH MAY 16,
17 TINO T. NAPOLEON,                   )   2008
                                       )
18         Defendant.                  )
                                       )
19

20
21     On April 18, 2008, the parties in this case appeared before the Court for a status conference.
22 At that time, the parties stipulated that time should be excluded from the Speedy Trial Act
23 calculations from April 18, 2008 through May 16, 2008, for effective preparation and continuity
24 of defense counsel. The parties represented that granting the continuance was the reasonable
25 time necessary for effective preparation of defense counsel, taking into account the exercise of
26 due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the
27 //
28 //

STIP. AND ORDER
CR 08-0093 SI

ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/20/2008         /s/ Derek Owens
_____
DEREK R. OWENS
Assistant United States Attorney

DATED: 4/21/2008         /s/ Steven Kalar
_____
STEVEN KALAR
Attorney for Mr. Napoleon

As the Court found on April 18, 2008, and for the reasons stated above, the Court finds that an exclusion of time between April 18, 2008 through May 16, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____          _____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

STIP. AND ORDER
CR 08-0093 SI                                    2