**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 5/16/08

Case No.   CR–08-0093 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- TINO NAPOLEON (NC)(P)

Attorneys:   D. Owen             S. Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD
2) 
3) 
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                 PART

Case continued to **7/18/08 @ 11:00 a.m.**   for Plea/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation/Continuity of Counsel
**Delay begins:          Delay ends: 7/18/08**
(       AUSA to draft order           )

ORDERED AFTER HEARING:

Defense counsel need additional time to review discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )