IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 08-00093SI |
| Plaintiff, | **NOTICE** |
| v. | |
| NAPOLEON, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the voluntary order for surrender was issued in error.

Dated: May 23, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk