1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )   No. CR 08-0093 SI
                                      )
15        Plaintiff,                  )
                                      )   STIPULATION AND [PROPOSED]
16   v.                               )   ORDER EXCLUDING TIME FROM MAY
                                      )   16, 2008 THROUGH JULY 18, 2008
17 TINO T. NAPOLEON,                  )
                                      )
18        Defendant.                  )
                                      )
19

20

21     On May 16, 2008, the parties in this case appeared before the Court for a status conference.

22 At that time, the parties stipulated that time should be excluded from the Speedy Trial Act

23 calculations from May 16, 2008 through July 18, 2008, for effective preparation and continuity

24 of defense counsel.  The parties represented that granting the continuance was the reasonable

25 time necessary for effective preparation of defense counsel, taking into account the exercise of

26 due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

27 //

28 //

STIP. AND ORDER
CR 08-0093 SI

ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 5/16/2008                /s/ Derek Owens
                                  DEREK R. OWENS
                                  Assistant United States Attorney

DATED: 5/15/2008                /s/ Steven Kalar
                                  STEVEN KALAR
                                  Attorney for Mr. Napoleon

As the Court found on May 16, 2008, and for the reasons stated above, the Court finds that an exclusion of time between May 16, 2008 through July 18, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                                  _____
                                                            THE HONORABLE SUSAN ILLSTON
                                                            United States District Court Judge