JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0093 SI |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 16, 2008 THROUGH JULY 18, 2008 |
| TINO T. NAPOLEON, | |
|     Defendant. | |

On May 16, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from May 16, 2008 through July 18, 2008, for effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

//

//

STIP. AND ORDER
CR 08-0093 SI

1  ends of justice served by granting such a continuance outweighed the best interests of the public
2  and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

5                                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

7  DATED:  5/16/2008          /s/ Derek Owens
                                        DEREK R. OWENS
8                                          Assistant United States Attorney

10 DATED:  5/15/2008          /s/ Steven Kalar
                                        STEVEN KALAR
11                                         Attorney for Mr. Napoleon

As the Court found on May 16, 2008, and for the reasons stated above, the Court finds that an exclusion of time between May 16, 2008 through July 18, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____          _____
                                    THE HONORABLE SUSAN ILLSTON
                                    United States District Court Judge

STIP. AND ORDER
CR 08-0093 SI                    2