1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,                    )   No.  CR 08-00093-SI
                                                 )
10                          Plaintiff,           )   [PROPOSED] STIPULATED ORDER
                                                 )   CONTINUING SENTENCING
11          v.                                   )
                                                 )
12   TINO NAPOLEON,                              )   **Current Hearing Date:** Friday,
                                                 )   July 18, 2008 at 11:00 a.m.
13                          Defendant.           )
                                                 )   **Proposed Hearing Date:** Friday,
14                                               )    July 25, 2008 at 11:00 a.m.
                                                 )
15

16

17         The defendant in the above-entitled case is currently scheduled to appear before the Court on

18   Friday, July 18, 2008 at 11:00 a.m. for status and trial setting. In this stipulated order, AFPD Steven

19   Kalar, counsel for Mr. Napoleon, represents that he is unavailable on that date because of an out-of-

20   state work obligation involving a trial in a different state. Mr. Kalar further represents that he first

21   became aware of this scheduling conflict on Wednesday, July 9, 2008.

22         The defense accordingly requests that the hearing now scheduled for July 18th be vacated, and

23   that the matter be added to the Court's calendar on Friday, July 25, 2008 for status and to set dates.

24   The government has no objection to this request.

25   //

26   //

*Napoleon*, CR 08-00093-SI
ORD. CONT. HEARING

1    Therefore, for good cause shown the matter shall be taken off the Court's calendar on Friday

2  July 18, 2008. The matter shall be added to the Court's calendar on Friday, July 25, 2008 at 11:00

3  a.m. for status and to set dates. The Court finds that due to the need for continuity of counsel, the

4  ends of justice outweigh the best interest of the public and the defendant in a speedy trial and

5  accordingly excludes time under the Speedy Trial Act from July 18th to July 25, 2008 for continuity

6  of counsel. *See* 18 USC § 3161(h)(8)(A); (h)(8)(B)(iv).

7

8  IT IS SO ORDERED.

9

10  _____

11  DATED                                      SUSAN ILLSTON
                                              United States District Court Judge

12

13  IT IS SO STIPULATED.

14

15    July 10, 2008                            /s
    DATED                                      JOSEPH P. RUSSONIELLO
16                                             United States Attorney
                                               Northern District of California
17                                             DEREK OWENS
                                               Assistant United States Attorney
18

19

20    July 10, 2008                            /s
21  DATED                                      BARRY J. PORTMAN
                                               Federal Public Defender
22                                             Northern District of California
                                               STEVEN G. KALAR
23                                             Assistant Federal Public Defender

24

25

26

*Napoleon*, CR 08-00093-SI
ORD. CONT. HEARING                    2