IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>TINO NAPOLEON,<br><br>                    Defendant. | No.  CR 08-00093-SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS/TRIAL SETTING HEARING.<br><br>**Current Hearing Date:** Friday, July 18, 2008 at 11:00 a.m.<br><br>**Proposed Hearing Date:** Friday,  July 25, 2008 at 11:00 a.m. |

   The defendant in the above-entitled case is currently scheduled to appear before the Court on Friday, July 18, 2008 at 11:00 a.m. for status and trial setting. In this stipulated order, AFPD Steven Kalar, counsel for Mr. Napoleon, represents that he is unavailable on that date because of an out-of-state work obligation involving a trial in a different state. Mr. Kalar further represents that he first became aware of this scheduling conflict on Wednesday, July 9, 2008.

   The defense accordingly requests that the hearing now scheduled for July 18th be vacated, and that the matter be added to the Court's calendar on Friday, July 25, 2008 for status and to set dates. The government has no objection to this request.

//

//

*Napoleon*, CR 08-00093-SI
ORD. CONT. HEARING

1    Therefore, for good cause shown the matter shall be taken off the Court's calendar on Friday
2    July 18, 2008. The matter shall be added to the Court's calendar on Friday, July 25, 2008 at 11:00
3    a.m. for status and to set dates. The Court finds that due to the need for continuity of counsel, the
4    ends of justice outweigh the best interest of the public and the defendant in a speedy trial and
5    accordingly excludes time under the Speedy Trial Act from July 18th to July 25, 2008 for continuity
6    of counsel. *See* 18 USC § 3161(h)(8)(A); (h)(8)(B)(iv).

IT IS SO ORDERED.

_____     _____
DATED                SUSAN ILLSTON
                     United States District Court Judge

IT IS SO STIPULATED.

  July 10, 2008          /s_____
DATED                JOSEPH P. RUSSONIELLO
                     United States Attorney
                     Northern District of California
                     DEREK OWENS
                     Assistant United States Attorney


  July 10, 2008          /s_____
DATED                BARRY J. PORTMAN
                     Federal Public Defender
                     Northern District of California
                     STEVEN G. KALAR
                     Assistant Federal Public Defender