**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/25/08

Case No.   CR-08-0093 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- TINO NAPOLEON (NC)(P)

Attorneys:   Owens           Kalar

Deputy Clerk:  Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1)  Trial Setting - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN          ( ) SUBMITTED
                                                                    PART

Case continued to **8/22/08  @ 11:00 a.m.**   for Status/Trial Setting

Case continued to   **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Cont. Of Counsel
**Delay begins:          Delay ends: 8/22/08**
(   AUSA to draft order            )

ORDERED AFTER HEARING:
The defendant shall provide a DNA sample which will be compared to the sample that was found on the gun.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )