**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/22/08

Case No.   CR-08-0093 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- TINO NAPOLEON (NC)(P)

Attorneys:   Owens          Kalar

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1) Trial Setting - HELD
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                PART

Case continued to **8/29/08 @ 11:00 a.m.**   for Status/Trial Setting

Case continued to **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ____
**Delay begins:         Delay ends:**
(              )

ORDERED AFTER HEARING:
The parties shall report to Spero for further hearing re: supervised release.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )