**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/29/08

Case No.    CR-08-0093 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- TINO NAPOLEON (NC)(P)

Attorneys:    Owens            Kalar

Deputy Clerk:  Tracy Sutton  Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Status- HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                    PART

Case continued to **9/30/08  @ 3 p.m.**   for Change of Plea/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective preparation
**Delay begins:           Delay ends: 10/17/08**
(     AUSA to draft order           )

ORDERED AFTER HEARING:
The DNA results are on the evidence found on the gun.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )